UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOBS SILVER K FARMS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TAYLOR PRODUCE, LLC, et al., <br><br> Defendants. | Case No. 4:13-CV-535-BLW <br><br> Consolidated Cases: <br> 4:14-CV-141-BLW <br> 4:14-CV-247-BLW <br><br> **MEMORANDUM DECISION AND ORDER** |

The Court has before it a motion for attorney fees and costs filed by plaintiffs against defendants Taylor Produce and Alan Taylor. No opposition to the motion was filed. Plaintiffs filed this lawsuit because they were not paid by Taylor Produce for potatoes that plaintiffs shipped to Taylor Produce. Plaintiffs eventually prevailed, and this Court entered a Judgment against Taylor Produce for the full amount sought by plaintiffs, about $1.3 million.

Plaintiffs now seek $213,172.00 in attorney fees and $3,476.35 in costs. While Taylor filed no opposition to the motion, the Court's independent review finds the request reasonable and necessary. This matter was litigated for almost three years before plaintiffs prevailed. Numerous depositions were taken and lengthy briefs filed. The time spent, and the hourly rates, all appear reasonable. For these reasons, the Court will grant the motion and enter a separate Judgment as required by Rule 58(a).

**ORDER**

**Memorandum Decision & Order** – Page 1

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for attorney fees and costs (docket no. 177) is GRANTED, and the Court will award in a separate Judgment the sum of $213,172.00 in attorney fees and $3,476.35 in costs to plaintiffs and against Defendants, Taylor Produce, LLC and Alan L. Taylor.

DATED: September 22, 2017

B. Lynn Winmill
Chief Judge
United States District Court