UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOBS SILVER K FARMS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TAYLOR PRODUCE, LLC, et al.,<br><br>    Defendants. | Case No. 4:13-CV-535-BLW<br><br>Consolidated Cases:<br>4:14-CV-141-BLW<br>4:14-CV-247-BLW<br><br>**TAXATION OF COSTS** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Bills of Costs (docket nos. 180 & 199) are GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that costs are taxed in the total sum of $400 for clerk's fees and $1502.19 for deposition costs, and included in the Judgment (docket no. 198). The Bills of Costs are denied to the extent they seek the costs of trial transcripts, and denied to the extent they seek double recovery of clerk's fees and deposition costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the following defendants are jointly and severally liable for these costs: Taylor Produce LLC, Alan Taylor, Idaho Potato Packers Corporation, Nonpareil Corporation, Nonpareil Farms, Inc., Nonpareil Processing Corporation, and Nonpareil Dehydrated Potatoes, Inc.

**Taxation of Costs – page 1**



DATED: October 2, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court